**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 95-40655
Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**WESLEY HUGH SMITH,**

**Defendant-Appellant.**

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CR-147
- - - - - - - - - -
February 7, 1996
Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Wesley Smith appeals his sentence upon a conviction of conspiring to sell a firearm to a convicted felon. He contends that the district court erred by increasing his offense level under the Sentencing Guidelines, based on findings that nine firearms were involved in the offense and that Smith had reason to believe that the firearms would be used in connection with another felony offense. We affirm essentially for the reasons stated by the district court during the sentencing hearing.

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.